FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AM OCT 25 PM 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-cr-30051-MGM |
| | ) | |
| (1) GREGG A. BIGDA and | ) | |
| (2) STEVEN M. VIGNEAULT, | ) | |
| Defendants. | ) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment be unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through the undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ Deepika B. Shukla
DEEPIKA B. SHUKLA
NY4584009, CT434931
Assistant United States Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0237
deepika.shukla@usdoj.gov

Dated: October 25, 2018

[handwritten margin note: 10/25/18 - Granted - Katherine Robertson, U.S.M.J.]