UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-cr-30051-MGM |
| ) | |
| (1) GREGG A. BIGDA and ) | |
| (2) STEVEN M. VIGNEAULT, ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to unseal the indictment in this case because the defendants have been arrested and the indictment may now be made public.

Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY

By:   */s/ Deepika Bains Shukla*
DEEPIKA BAINS SHUKLA
NY4584009, CT434931
Assistant United States Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0237
deepika.shukla@usdoj.gov

Dated: October 31, 2018