UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 18-cr-30051-MGM |
| | ) |
| (1) GREGG A. BIGDA and | ) |
| (2) STEVEN M. VIGNEAULT, | ) |
| Defendants. | ) |

**ORDER OF EXCLUDABLE DELAY**

November 7, 2018

The government has made a motion for an order of excludable delay, and the defendants assented through counsel at their arraignments on October 31, 2018 to the government's motion.

The Court finds that the time from October 31, 2018 until January 24, 2019, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act.

The Court finds that the ends of justice served by granting a continuance to January 24, 2019, and excluding this time from the calculation of the time within which the trial must begin outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2. The exclusion will serve the ends of justice because it will allow defense counsel and the defendants time to review automatic discovery produced by the government and formulate any discovery requests.

/s/ Katherine A. Robertson
Katherine A. Robertson
United States Magistrate Judge