

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*  United States Courthouse
*Facsimile:        (413) 785-0394*  300 State Street, Suite 230
Springfield, Massachusetts 01105-2926

December 20, 2018

FILED ON ECF WITHOUT ENCLOSURES
<u>VIA FEDERAL EXPRESS</u>

Matthew Thompson, Esq.
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

   Re: <u>United States v. Gregg A. Bigda and Steven M. Vigneault</u>
     Crim. No. 18-CR-30051-MGM

Dear Counsel:

 Please find enclosed discovery in the above referenced case labeled with Bates numbers US002002 through US002613. The government makes this production pursuant to the parties' agreed-upon and court-ordered protective order (Doc. No. 29). Certain of the documents are marked as Sensitive Discovery Material, subject to the protective order.

 As we have agreed, while the full names of victims and civilian witnesses appear in the discovery, the parties agree to refer to them by their initials in public filings. Additionally, the parties have agreed to protect PII that appears in the discovery as described in the protective order.

 We will include a production log with the next production. If you have any questions, please do not hesitate to call the undersigned Assistant U.S. Attorney.

           Very truly yours,

           ANDREW E. LELLING
           United States Attorney

        By: */s/ Deepika Bains Shukla*_____
          DEEPIKA BAINS SHUKLA
          Assistant U.S. Attorney

Enclosures