UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 18-cr-30051-MGM |
| ) | |
| GREGG A. BIGDA, ) | |
|     Defendant. ) | |

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE

Pursuant to the Court's request, Matthew D. Thompson, counsel for Defendant Gregg A. Bigda, hereby requests leave of court to appear by telephone for the January 24, 2019 status conference in the above-captioned matter.

  /s/  Matthew D. Thompson
Matthew D. Thompson
B.B.O. 655225
BUTTERS BRAZILIAN LLP
699 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
fax: (617) 367-1363
thompson@buttersbrazilian.com

Dated: January 17, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson