UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-cr-30051-MGM |
| ) | |
| (1) GREGG A. BIGDA and ) | |
| (2) STEVEN M. VIGNEAULT, ) | |
| Defendants. ) | |

### ORDER OF EXCLUDABLE DELAY

January 24, 2019

The government has made a motion for an order of excludable delay, and the defendants assent to the government's motion.

The Court finds that the time from January 24, 2019 until April 18, 2019, the date of the next status conference, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act.

The Court finds that the ends of justice are served by granting a continuance to April 18, 2019, the date of the next status conference, and by excluding this time from the calculation of the time within which the trial must begin outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2. The exclusion will serve the ends of justice because it will allow defense counsel and the defendants time to review automatic discovery produced by the government and formulate any discovery requests.

Katherine A. Robertson
United States Magistrate Judge