

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts  01105-2926*

March 15, 2019

FILED ON ECF WITHOUT ENCLOSURES
<u>VIA FEDERAL EXPRESS</u>

Matthew Thompson, Esq.
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

Shawn Allyn, Esq.
Allyn & Ball
480 Hampden Street
Holyoke, MA 01040

        Re:    <u>United States v. Gregg A. Bigda and Steven M. Vigneault</u>
                Crim. No. 18-CR-30051-MGM

Dear Counsel:

      Please find enclosed discovery in the above referenced case labeled with Bates numbers US010231 through US013942.  The government makes this production pursuant to the court-ordered protective orders (Doc. Nos. 29, 50).  Certain of the documents are marked as Sensitive Discovery Material, subject to the protective orders.  Also enclosed via e-mail is a word-searchable production log organizing all discovery produced to date.

      As we have agreed, while the full names of victims and civilian witnesses appear in the discovery, the parties agree to refer to them by their initials in public filings.  Additionally, the parties have agreed to protect PII that appears in the discovery as described in the protective orders.

      If you have any questions, please do not hesitate to call the undersigned Assistant U.S. Attorney.

       Very truly yours,

       ANDREW E. LELLING
       United States Attorney

   By: */s/ Deepika Bains Shukla*_____
      DEEPIKA BAINS SHUKLA
      Assistant U.S. Attorney

Enclosures