UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                                    )<br>)<br>)<br>GREGG BIGDA and                       )<br>STEVEN VIGNEAULT,                 )<br>                        Defendants.  ) | Criminal No. 18-30051-MGM |

FINAL STATUS REPORT
June 19, 2019

ROBERTSON, U.S.M.J.

   Pursuant to Local Rule 116.5(c)(2), the court reports as follows:

1. The government has completed its automatic discovery disclosures.  There is an outstanding discovery motion filed by defendant Steven Vigneault but the parties report that the issues likely can be resolved.  Mr. Vigneault will notify the court and file a substitute motion by July 12, 2019 if the issue cannot be resolved.  While discovery is substantially complete, the defendants reserve their right to request further discovery in accordance with the Local Rules.

2. Mr. Vigneault anticipates filing a motion to sever and a motion to change venue by September 13, 2019, which is the deadline set by the presiding District Judge.  Mr. Bigda anticipates filing a motion to sever and is considering whether to file a motion seeking a change in venue.  Mr. Bigda also will file any such motions by September 13, 2019.  The government's oppositions to these motions are due by October 14, 2019.  A motion hearing/status conference is scheduled before the presiding District Judge on October 24, 2019 at 11:00 a.m.   The defendants do not intend to file any additional motions pursuant to Federal Rule of Criminal Procedure 12(b)(3) but reserve the right to do so.

3. The parties anticipate that both defendants will proceed to trial.  If the cases are severed, each case will take approximately two (2) weeks to try.  If the defendants are tried jointly, the case will take approximately three (3) weeks to try.  The parties anticipate pretrial litigation of a greater-than-usual number of issues.

2

4. The parties agree that no time will have run on the Speedy Trial Clock through October 24, 2019, the date of the motion hearing/status conference. The court agrees and finds that, in this instance, the ends of justice outweigh the usual interest in a speedy trial. A separate order of excludable delay has issued.

5. There are no other matters to report relevant to the progress or resolution of the case.

 /s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge