UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-cr-30051-MGM |
| | ) | |
| GREGG A. BIGDA, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S RESPONSE TO COURT ORDER (DOC. NO. 190)

The United States of America, by and through its undersigned counsel, hereby responds to the Court's order (Doc. No. 190) to the parties to jointly submit a proposed stipulation with respect to Defendant's Omibus Motion *in Limine* to Exclude Evidence of Alleged Prior Bad Acts (Doc. No. 165). While the parties have conferred and attempted to negotiate a stipulation, the parties were unable to agree on the terms of proposed stipulation.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:   */s/ Deepika Bains Shukla*
DEEPIKA BAINS SHUKLA
Assistant United States Attorney
NY4584009, CT434931
300 State Street, Suite 230
Springfield, MA 011053
413-785-0237
deepika.shukla@usdoj.gov

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL

By:   */s/ Christopher J. Perras*
CHRISTOPHER J. PERRAS
MA 682002
Special Litigation Counsel
U.S. Department of Justice
150 M Street, NE

                                          Washington, DC 20002
                                          202-307-6962
                                          christopher.perras@usdoj.gov

<u>Certificate of Service</u>

May 14, 2020

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Deepika Bains Shukla*
                                        Deepika Bains Shukla
                                        Assistant United States Attorney