UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 18-cr-30051-MGM |
| GREGG A. BIGDA, Defendant. | ) ) ) ) | |

### DEFENDANT'S NOTICE OF EXPERT WITNESS

Pursuant to Rule 16(b) (1)(C) of the Federal Rules of Criminal Procedure, Defendant Gregg A. Bigda hereby notifies the government that he may call Dr. Elizabeth Laposata, MD, FCAP, FASCP of Forensic Pathology and Legal Medicine, Inc., 245 Waterman Street, Suite 100, providence, RI as an expert witness in the above-entitled action.  Dr. Laposata is a Forensic and Anatomical Pathologist.

Dr. Laposata graduated from University of Maryland School of Medicine in 1979 and completed postgraduate training at St. Louis University School of Medicine, where she completed a residency in Forensic pathology and John Hopkins University School of medicine where she completed a residency in Anatomical Pathology.  She is the former Chief Medical Examiner for the State of Rhode Island.  As a result of her training and experience, Dr. Laposata is an expert whose testimony will be relevant and probative to the jury's understanding of the injuries sustained by D.P. and E.P.

The Defendant expects that Dr. Laposata will offer testimony, based upon her education, medical training and her review of certain discovery items previously provided by the

government, that the injuries suffered by D.R. and E.P. are inconsistent with having been caused by a kick with a shod foot.

> Respectfully Submitted
> GREGG A. BIGDA
> By His Attorney,
>
> _____
> Timothy R. Flaherty
> FLAHERTY LAW OFFICES
> 699 Boylston Street, 12th Floor
> Boston, MA 02116
> (617) 227-1800
> BBO # 557477

Dated: December 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      /s/ Timothy R. Flaherty
          Timothy R. Flaherty