UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>GREGG A. BIGDA,      )<br>)<br>Defendant      ) | Criminal No. 18-cr-30051-MGM |

### GOVERNMENT'S REQUEST FOR SUMMARY OF EXPERT TESTIMONY

The United States of America, by the undersigned attorneys, hereby requests pursuant to Federal Rules of Evidence 702, 703, and 705, and the Court's Procedural Pretrial Orders (Doc. Nos. 156, 220), that the Defendant provide a written summary of the testimony he intends to present through his expert, Dr. Elizabeth Laposata, including:

1. The expert's scientific, technical, or other specialized knowledge;

2. The expert's opinion;

3. The facts and data upon which the expert's opinion will be based;

4. The principles and methods upon which the expert's opinion will be based; and

5. The manner in which the expert has applied the opinion to the underlying facts.

*See* Fed. R. Evid. 702.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:  /s/ *Deepika Bains Shukla*
DEEPIKA BAINS SHUKLA
Assistant United States Attorney
MA 706735
300 State Street, Suite 230
Springfield, MA 011053
413-785-0237
deepika.shukla@usdoj.gov

                            ERIC S. DREIBAND
                            ASSISTANT ATTORNEY GENERAL

By: */s/ Christopher J. Perras*
      CHRISTOPHER J. PERRAS
      MA 682002
      Special Litigation Counsel
      U.S. Department of Justice
      150 M. Street, NE
      Washington, DC 20002
      202-307-6962
      christopher.perras@usdoj.gov

Certificate of Service

December 9, 2020

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                            */s/ Deepika Bains Shukla*
                            Deepika Bains Shukla
                            Assistant United States Attorney