Exhibit A

General Voir Dire Questions

# **Voir Dire Questions**

0. [Have the attorneys and parties introduce themselves.]

1. Ask if potential juror or family/close friend knows any of the lawyers or parties involved.

2. Ask if potential juror has heard or read anything about the case.

3. Ask if potential juror or family/close friend knows any of the potential witnesses.

    - [List of Witnesses]

4. Crime –
   Have you or any member of your immediate family or anyone you are close with been a victim of a crime, accused of a crime, or otherwise involved in a criminal matter, as a defendant, a victim, or a witness?

5. Feelings About the Government –
   Do you have any feelings or beliefs about the government, whether positive or negative, that might interfere with or affect your ability to serve as a fair and impartial juror in this case?

6. Feelings About the Law Enforcement –
   Do you have any feelings or beliefs about law enforcement officials, whether positive or negative, that might cause you