

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts  01105-2926

October 14, 2021

FILED VIA ECF WITHOUT ENCLOSURES

<u>VIA Electronic Mail</u>

Matthew Thompson, Esq.
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

      Re:    <u>United States v. Gregg A. Bigda</u>
              Crim. No. 18-CR-30051-MGM

Dear Counsel:

    Please find enclosed discovery in the above-referenced case labeled with Bates numbers US016843 through US016874.

    Certain of these documents are marked as Sensitive Discovery Materials and are produced pursuant to the court-ordered protective order (Doc. No. 29). We have also produced via e-mail a word-searchable production log of all discovery produced to date.

    If you have any questions, please do not hesitate to call the undersigned Assistant U.S. Attorney.

                    Very truly yours,

                    NATHANIEL R. MENDELL
                    Acting United States Attorney

        By:   */s/ Deepika Bains Shukla*
              DEEPIKA BAINS SHUKLA
              Assistant U.S. Attorney

Enclosures