UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 18-cr-30051-MGM |
| GREGG A. BIGDA,  Defendant. | ) ) ) ) | |

**DEFENDANT GREGG A. BIGDA'S NOTICE OF
OBJECTION TO EXCLUSION OF UNVACCINATED JURORS**

During a status conference on October 15, 2021, the Court inquired about Defendant Gregg A. Bigda's ("Bigda") position concerning the exclusion of unvaccinated jurors from the jury pool. Bigda hereby gives notice that he objects to the exclusion of unvaccinated jurors from the jury pool. Bigda submits that, *inter alia*, exclusion of unvaccinated jurors would violate the fair cross-section requirement under 28 U.S.C. § 1861 and the Sixth Amendment to the United States Constitution.

Respectfully submitted,
GREGG A. BIGDA
By his attorney,

 /s/  Matthew D. Thompson
Matthew D. Thompson
B.B.O. 655225
BUTTERS BRAZILIAN LLP
699 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
fax: (617) 367-1363
thompson@buttersbrazilian.com

|  |  |
|---|---|
|  | /s/ Timothy R. Flaherty |
|  | Timothy R. Flaherty |
|  | B.B.O. No. 557477 |
|  | FLAHERTY LAW OFFICES |
|  | 699 Boylston Street, 12th Floor |
|  | Boston, Massachusetts 02116 |
|  | (617) 227-1800 |
| Dated: October 19, 2021 | timothyrflaherty@gmail.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson