UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )           Criminal No. 18-cr-30051-MGM<br>)<br>GREGG A. BIGDA,                 )<br>) | |

## JOINT STIPULATION

The United States of America, by prosecutors Deepika Bains Shukla and Christopher Perras, and Defendant Gregg Bigda, by his attorneys, Matthew Thompson and Timothy Flaherty, hereby stipulate and agree to the authenticity of Government Exhibits PX-1 through PX-50 and Defense Exhibits DX-1 through DX-21. The parties also stipulate and agree to admit the following exhibits: Government Exhibits PX-19, 20, 21, 22, 23, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, and 43; and Defense Exhibits DX-1, 2, 3, 4, 5, 17, 18, and 19.

| GREGG A. BIGDA | UNITED STATES OF AMERICA |
|---|---|
| | NATHANIEL R. MENDELL<br>ACTING UNITED STATES ATTORNEY |
| /s/ Matthew D. Thompson<br>Matthew D. Thompson, MA Bar 655225<br>BUTTERS BRAZILIAN LLP | /s/ Deepika Bains Shukla<br>Deepika Bains Shukla, MA Bar 706735<br>Assistant United States Attorney |
| | KRISTEN CLARKE<br>ASSISTANT ATTORNEY GENERAL |
| /s/ Timothy R. Flaherty<br>Timothy R. Flaherty, MA Bar 557477<br>FLAHERTY LAW OFFICES | /s/ Christopher J. Perras<br>Christopher J. Perras, MA Bar 682002<br>Special Litigation Counsel |

<u>Certificate of Service</u>

December 5, 2021

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  By:    <u>*/s/ Deepika Bains Shukla*</u>
                                             DEEPIKA BAINS SHUKLA
                                             Assistant United States Attorney